IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 25-1558 (GBW) |
| AZURITY PHARMACEUTICALS, INC., | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc. ("Plaintiffs"), and Defendant Azurity Pharmaceuticals, Inc. ("Defendant"), by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii);

2. Any protective orders entered by the Court shall remain in full force and effect notwithstanding the dismissal of this action;

3. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order and to enforce and resolve any disputes arising under the settlement agreement between Plaintiffs and Defendant; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc.*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant Azurity Pharmaceuticals, Inc.*

October 2, 2026

IT IS SO ORDERED this 5th day of October, 2026.

The Honorable Gregory B. Williams